THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAY J. BARBONI, Appellant.

Submitted May 7, 2012; decided May 31, 2012

Motion for assignment of counsel granted and Mary P. Davison, Esq., care of Davison Law Office, 61 North Main Street, PO Box 652, Canandaigua, New York 14424 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LAWRENCE BLANKYMSEE, Appellant.

Submitted May 7, 2012; decided May 31, 2012

Motion for assignment of counsel granted and Lynn W.L. Fahey, Esq., Appellate Advocates, 2 Rector Street, 10th Floor, New York, NY 10006 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER BRINSON, Appellant.

Submitted May 7, 2012; decided May 31, 2012

Motion for assignment of counsel granted and Lynn W.L. Fahey, Esq., Appellate Advocates, 2 Rector Street, 10th Floor, New York, NY 10006 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AUSTIN CORNELIUS, Appellant.

Submitted May 14, 2012; decided May 31, 2012

Motion for assignment of counsel granted and Richard M. Greenberg, Esq., Office of the Appellate Defender, 11 Park Place, Suite 1601, New York, NY 10007 assigned as counsel to the appellant on the appeal herein.